After recording return to:
United States Attorney
Attn: Financial Litigation Unit
501 I Street, Suite 10-100
Sacramento, CA  95814



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

### ABSTRACT OF JUDGMENT

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Case No.  1:08-MC-00018-DLB

Case Name:  U.S.A. v. Marcus Vaughn Jr, DC

| Name and Address of Party against whom judgment has been obtained | Name of Party in whose favor judgment has been obtained |
|---|---|
| Marcus Vaughn Jr, DC<br>1126 N Palm St<br>Visalia, CA  93292<br><br>SSN:  XXX-XX-0529 | UNITED STATES OF AMERICA |

| Amount of Judgment | | Name of Creditor's Attorneys | When Docketed |
|---|---|---|---|
| Principal | $83,655.68 | McGREGOR W. SCOTT | Tulare County Superior |
| Interest | $8,176.76 | United States Attorney | Court judgment filed |
| Court Costs | $.00 | BOBBIE J. MONTOYA | September 27, 1995; |
| AOUSC Fees | $.00 | Assistant U.S. Attorney | Assigned to US on |
| Service Fees | $.00 | 501 I Street, Suite 10-100 | January 14, 2008; |
| | | Sacramento, CA  95814 | Registered in EDCA on |
| TOTAL | $91,832.44 | Tel: (916) 554-2726 | July 9, 2008 |

I CERTIFY, That the foregoing is a correct Abstract of Judgment entered or registered by this Court.

Date: 7-11-08

Victoria C. Minor , Clerk

By: /s/ J. Lundstrom , Deputy Clerk

U.S. District Court
2500 Tulare Street, Room 1501
Fresno, CA  73721